UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

JUL 10 2019

CLERK, US DISTRICT COURT
NORFOLK, VA

SARA J. JOHNSON, for KLB,
           Plaintiff,

v.

Civil No. 2:18cv277

NANCY A. BERRYHILL,
Commissioner of
Social Security,
           Defendant.

## FINAL ORDER

Plaintiff Sara J. Johnson, proceeding pro se, brought this action on behalf of her minor daughter, KLB, pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3), seeking judicial review of a decision of Nancy A. Berryhill, the Acting Commissioner of the Social Security Administration that denied KLB's claim for Supplemental Security Income under Title XVI of the Social Security Act. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, and by order of reference (ECF No. 13), this matter was referred to a United States Magistrate Judge for a Report and Recommendation.

In a Report and Recommendation ("R&R") filed June 10, 2019, the Magistrate Judge recommended DENYING Plaintiff's Motion for Summary Judgment (ECF No. 15), GRANTING Defendant's Motion for Summary Judgment (ECF No. 17), and AFFIRMING the underlying decision of the Commissioner. See R&R, ECF No. 20.

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen days from the date

1

the R&R was mailed, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. The time for filing written objections has passed, and neither party has filed objections. As indicated in the R&R, "failure to file timely objections to the findings and recommendations set forth [in the R&R] will result in waiver of right to appeal from a judgment of this Court based on such findings and recommendations." *Id.* at 50.

This Court has reviewed the R&R and hereby **ADOPTS** and **APPROVES** in full the findings and recommendations set forth therein. Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 15) is **DENIED** as detailed in the R&R, and that the Commissioner's Motion for Summary Judgment (ECF No. 17) is **GRANTED** as detailed in the R&R. The Clerk is **REQUESTED** to send a copy of this Final Order to all counsel of record.

**IT IS SO ORDERED.**

Arenda L. Wright Allen
United States District Judge

_____, 2019
Norfolk, Virginia